UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, NC
DEC 19 2024
US DISTRICT COURT
WESTERN DISTRICT OF NC

Antonio Yulander Pearson
Plantiff,

vs.

North Carolina Department of Adult Corrections

AUM Taylor

Defendant(s).

COMPLAINT

Case No. 1:24-cv-305-KDB

## A. JURISDICTION

Jurisdiction is proper in this court according to:

**X** 42 U.S.C. §1983

____ 42 U.S.C. §1985

____ Other (Please specify) _____

## B. PARTIES

1. Name of Plaintiff: Antonio Yulander Pearson
   Address: 355 old Glenwood Rd.
   Marion, N.C. 28752

2. Name of Defendant: AUM Taylor
   Address:

Is employed as Seargeant (Position/Title) at Marion Correctional Institution (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ☆   NO _____, if "YES" briefly explain:
_____
_____
_____

3. Name of Defendant:_____
   Address: _____
            _____
            _____

   Is employed as _____ at _____
                   (Position/Title)     (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES _____   NO _____, if "YES" briefly explain:
   _____
   _____
   _____

4. Name of Defendant:_____
   Address: _____
            _____
            _____

   Is employed as _____ at _____
                   (Position/Title)     (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES _____   NO _____, if "YES" briefly explain:
   _____
   _____
   _____

(Use additional sheets if necessary.)

## C. NATURE OF CASE

Why are you bringing this case to court? Please explain the circumstances that led to the problem.

I have a seafood alergy & told SGT. Taylor That he had gave fish, he told me it was chicken & when I ate it I told him it was fish & I needed a medical Emergency & he told me he'll be

## Nature of Cause

cont....

right back when he's done feeding dinner & when he returned I was having a full blown alergic reaction, my passage was clogging, I needed my Inhaler, my blood pressure was high & I had to receive Benadyl to subside the Hives & Itching. I have a Theraputic diet of NO fish & it's on the floor sheet & my door!

## D. CAUSE OF ACTION

I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

a. (1) Count 1: Neglegence of Diet
   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)
   Gave me fish when I'm highly alergic to it.

b. (1) Count 2: Refused me medical Treatment until almost to late
   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)
   Didn't notify medical until about 20 minutes after the fect of me consumming the fish.

## E. INJURY

How have you been injured by the actions of the defendant(s)?

I was given food that put my health & my life at risk & when told what was happening was delayed medical treatment & had a severe alergic reaction & could have possibly had a stroke due to high blood pressure or a seizure being epeliptic.

## F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action?   YES _____   NO __X__

If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

1. Parties to previous lawsuits:

   Plaintiff(s):_____

   Defendants(s):_____

2. Name of court and case or docket number:

   _____

3. Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)

   _____
   _____
   _____

4. Issued raised:

   _____
   _____
   _____

5. When did you file the lawsuit?_____
   Date: Month/Year

6. When was it (will it be) decided?_____

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D? YES __X__   NO _____

If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

They moved SGT. Taylor off the unit.

## G. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

Monetary relief as well as relief for mental & physical Health

JURY TRIAL REQUESTED     YES _____     NO ✗

Signed at Marion Correctional Institution on December 15, 2024.
      (Location)                       (Date)

*[signature]*

Signature

*Address:* 355 Old Glenwood Rd.
              Marion, N.C. 28752

*Phone:*
*E-Mail:*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed/ delivered to the following individuals at the addresses listed:

Clerk's office
United States District Court
Western District of North Carolina
401 West Trade Street Rm. #210
Charlotte, N.C. 28202

This the 15 day of December, 2024.

_____
Signature

Antonio Pearson
(Print Name)